Opinion issued May 29, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00735-CV

____________


BARBARA GUILLORY, Appellant


V.


DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee






On Appeal from the 314th District Court

Harris County, Texas

Trial Court Cause No. 2006-04249J






MEMORANDUM OPINION

 The Court today considered the parties' "Agreed Motion to Reverse Judgment
as to Barbara Guillory Only and Remand for New Trial Pursuant to Settlement
Agreement." The motion is granted as follows:


 The following portions of the trial court's "Decree of Termination" of
August 16, 2007 are reversed: paragraphs 7, 13, and 14; Tex. R. App.
P. 42.1(a)(2)(A);

 The cause is remanded for a new trial on appellee's, DEPARTMENT
OF FAMILY AND PROTECTIVE SERVICE's claims for parental
termination and sole managing conservatorship against appellant,
BARBARA GUILLORY, only; Tex. R. App. P. 42.1(a)(2)(A);

 All other pending motions are overruled as moot;

 It is ordered that mandate issue immediately to effectuate the appellate
judgment. Tex. R. App. P. 18.1(c).



 

 PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Higley